UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Brandon Wiant Converse, LTD., | ) | CASE NO. 1:05CV1615 |
| *for itself and on behalf of all others* | ) | |
| *similarly situated,* | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff(s), | ) | |
| vs. | ) | |
| | ) | |
| Yellow Pages, Inc., et al., | ) | ORDER OF RECUSAL |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U. S. C. §455(b)(5)(iii), I am disqualified from presiding over this case due to my brother-in-law's position as a partner with the law firm of Squire, Sanders & Dempsey, counsel for defendants Telco Billing, Inc., Yellow-Page.Net, YP Corp, YP.Com, YP.Net and YP.Net, Inc.

IT IS ORDERED that, pursuant to Local R. 6:2.5(a), this case is returned to the Clerk of Court for reassignment to another judge by random lot.

                                                        /s/ Patricia A. Gaughan
                                                        PATRICIA A. GAUGHAN
Dated: 9/20/05                         United States District Judge

**CASE REASSIGNED TO:**   **JUDGE DAN AARON POLSTER**